Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-458-681**

**Effective Date of Registration:**
August 14, 2025
**Registration Decision Date:**
August 21, 2025



## Title

        **Title of Work:** woman golfer

## Completion/Publication

        **Year of Completion:** 2019
        **Date of 1st Publication:** July 03, 2019
        **Nation of 1st Publication:** Bulgaria

## Author

        • **Author:** Stefan Georgiev Petrunov
        **Author Created:** 2-D artwork
        **Citizen of:** Bulgaria

## Copyright Claimant

        **Copyright Claimant:** Stefan Georgiev Petrunov
        Tsar Simeon 70 str., Sofia, 1202, Bulgaria

## Rights and Permissions

        **Name:** Stefan Georgiev Petrunov
        **Email:** petrunov6@yahoo.com
        **Address:** Tsar Simeon 70 str.
        Sofia 1202 Bulgaria

## Certification

        **Name:** David Denholm
        **Date:** August 14, 2025
        **Applicant's Tracking Number:** SP2025081501

